IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALYSSA DIANE SJOTHUN,             *
                                  *
     Plaintiff,                   *
                                  *
vs.                               *  CIVIL ACTION NO. 25-00469-KD-B
                                  *
KATHERINE HOPPER, *et al.*,       *
                                  *
     Defendants.                  *

## ORDER

This action is before the Court on review.  In a notice dated April 10, 2026, Plaintiff Alyssa Diane Sjothun informed the Court that her new mailing address is 6449 E. Colby Street, Mesa, Arizona 85205.  (Doc. 13).  Based on the new mailing address provided by Sjothun, it appears that she has been released from custody and is no longer incarcerated.  Because Sjothun filed this action while she was a prisoner, she remains obligated to pay the entire $350.00 statutory filing fee for this action.  See Gay v. Texas Dep't of Corr. State Jail Div., 117 F.3d 240, 242 (5th Cir. 1997) (finding that a prisoner's release does not relieve his obligation to pay the full filing fee for filing an action or appeal while he was incarcerated); 28 U.S.C. § 1915(b)(1).

The Court previously granted Sjothun leave to proceed without paying the entire statutory filing fee upfront but ordered her to pay an initial partial filing fee of $11.67.  (Doc. 11).  Sjothun paid the initial partial filing fee as ordered.  (Doc. 14).

However, she has not made any other payments toward the outstanding amount of the filing fee.  Thus, to proceed further with this litigation, Sjothun is **ORDERED** to pay the outstanding portion of the filing fee, in the amount of **$338.33,** on or before **June 8, 2026,** as the Court no longer has the means by which to collect the remainder of the filing fee from Sjothun's inmate trust fund account.

If Sjothun is unable to pay the outstanding amount owed in one lump-sum payment at that time, she may file a new motion to proceed without prepayment of fees on or before **June 8, 2026.** Should Sjothun elect to file such a motion, the motion must be completely and properly filled out and must include information that explains how she is providing for life's basic necessities and shows her complete financial picture.  To the extent Sjothun is receiving assistance from others in meeting the basic necessities of life, she must detail the amount and type of such assistance and provide the name of each individual or entity providing such assistance.

If Sjothun files a new motion to proceed without prepayment of fees instead of paying the remainder of the filing fee, the Court will review the motion and establish an appropriate payment schedule for the payment of the outstanding portion of the filing fee.  The failure to timely make a scheduled payment will result in a recommendation of dismissal without further notice.  Sjothun

is cautioned that the failure to timely comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and to comply with the Court's order.

The Clerk is **DIRECTED** to send a copy of this Court's form for a motion to proceed without prepayment of fees to Sjothun at her new address of record.

**ORDERED** this **7th** day of **May, 2026.**

　　　　　　　　　　　　　　　　**/s/ SONJA F. BIVINS**
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**