**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ALYSSA DIANE SJOTHUN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Civil Action No. 25-00469-KD-B** |
| | ) |
| **KATHERINE HOPPER,** *et al*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated June 29, 2026 (Doc. 17) is ADOPTED as the opinion of this Court.

Accordingly, this action is DISMISSED without prejudice for Plaintiff's failure to prosecute and to comply with the Court's order.

DONE and ORDERED this 22nd day of July 2026.


s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE